FILED

12/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0586

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0586

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHEYENNE RAE DAWN PETERSEN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 16, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 9 2024